DAVID R. ONGARO, State Bar No. 154698
DAVID R. BURTT, State Bar No. 201220
JONMI N. KOO, State Bar No. 233136
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
INTERSTATE DISTRIBUTOR CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN MARINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE DISTRIBUTOR CO., a Washington corporation doing business in California; and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(N.D. Cal. Local Rule 3-16) |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 9, 2008              **PERKINS COIE LLP**

                                                    By: /s/ Jonmi Koo
                                                         Jonmi N. Koo

                                                    Attorneys for Defendant
                                                    INTERSTATE DISTRIBUTOR CO.

64579-0001/LEGAL13856772.1

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.