**FILED**

**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 7, 2008

**ENDORSED**
**FILED**
ALAMEDA COUNTY

Alameda County Superior Court
Rene C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

APR 2 1 2008

CLERK OF THE SUPERIOR COURT
By Maikai Begum, Deputy

RE: CV 08-00152 CW    MARTIN MARINE-v-INTERSTATE DISTRIBUTOR
     Your Case Number: (RG07358277)

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

     (X)    Certified copies of docket entries

     (X)    Certified copies of Remand Order

Please acknowledge receipt of the above documents on the attached copy of this letter.

                           Sincerely,

                           RICHARD W. WIEKING, Clerk

                           by: Kelly Collins
                           Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg